UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Neil Emergy, *et al.*,

    Plaintiffs,

v.                                Case No. 15-11113

Joseph R. Burtch, M.D.,          Sean F. Cox
                                                United States District Court Judge

    Defendant.
_____/

## ORDER
## ACCEPTING AND ADOPTING
## 10/26/15  REPORT & RECOMMENDATION

    This prisoner civil rights action is currently before the Court on an October 26, 2015 Report and Recommendation from Magistrate Judge David R. Grand ("the R&R"). (Docket Entry No. 15). In the R&R, Magistrate Judge Grand recommends that this Court deny Defendant Burtch's Motion to Dismiss (Docket Entry No. 9) without prejudice.

    Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R. "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id*.

    No party has filed objections to the R&R and the time permitted for doing so has now passed.

1

The Court hereby **ADOPTS** the October 26, 2015 Report and Recommendation. **IT IS ORDERED** that Defendant Burtch's Motion to Dismiss (Docket Entry No. 9) is **DENIED WITHOUT PREJUDICE.**

    **IT IS SO ORDERED.**

S/Sean F. Cox<br>Sean F. Cox<br>United States District Judge

Dated:  November 24, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 24, 2015, by electronic and/or ordinary mail.

S/Kelly Winslow for Jennifer McCoy<br>Case Manager Generalist